# Court of Appeals
# of the State of Georgia

ATLANTA,     April 27, 2016

*The Court of Appeals hereby passes the following order:*

**A16D0335.  TERRENCE S. LOFTON v. THE STATE.**

  Terrence S. Lofton filed this application for a discretionary appeal following his convictions for possession of cocaine with intent to distribute, two counts for the sale of cocaine, and two counts for illegal use of a communication facility.[1] However, Lofton's conviction is a directly appealable final judgment. We will grant a timely discretionary application if the lower court's order is subject to direct appeal.  See OCGA § 5-6-35 (j).

  Accordingly, this application is hereby GRANTED, and Lofton shall have ten days from the date of this order to file a notice of appeal with the trial court.  If he has already filed a notice of appeal in the trial court, he need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*     04/27/2016
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Lofton filed this appeal in the Georgia Supreme Court, which transferred the matter to this Court.